IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02346-MEH-MJW

FRANCES LLAGUNO,

    Plaintiff,

v.

K MART CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 26, 2008.**

    For its demonstration of excusable neglect, Defendant's Motion for Reconsideration of September 23, 2008 Order and Second Unopposed Motion for Extension of Time to Complete Discovery [filed September 25, 2008; doc #30] is **granted**. For good cause shown, the Court will extend the discovery cutoff to and including October 16, 2008 solely for the purpose of taking the depositions of Dr. Thomas Rampy and Dr. David Grauer. All other deadlines and conference dates shall remain the same.