IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02346-MEH-MJW

FRANCES LLAGUNO,

     Plaintiff,

v.

K MART CORPORATION,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2009.**

The Motion to Withdraw Appearance filed on behalf of April Armani [filed March 11, 2009; docket #41] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A and 10.1E.