IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02346-MEH-MJW

FRANCES LLAGUNO,

    Plaintiff,

v.

K MART CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

    The Unopposed Motion to Withdraw Appearance of April Armani [filed March 17, 2009; docket #43] is **granted**. Ms. Armani's representation of the Defendant in this matter is hereby terminated. Stephen J. Baity, Peggy E. Kozal and Thomas H. Hunter will remain attorneys of record for Defendant.