IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02346-MEH-MJW

FRANCES LLAGUNO,

    Plaintiff,

v.

K-MART CORPORATION,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice, and being otherwise fully advised in the premises,

HEREBY ORDERS that this action by Plaintiff against K-Mart Corporation, including all of Plaintiff's claims, is dismissed with prejudice, each party to pay their own costs and fees.

DATED this 19th day of March, 2009, in Denver, Colorado.

                      BY THE COURT:

                      s/Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge